DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOUIS M. KATZ, RICHARD J. KATZ** and **CHARLES I. KATZ,**
Appellants,

v.

**PHYLLIS KATZ** and
**HOWARD J. WIENER & ASSOCIATES, P.L.,**
Appellees.

No. 4D16-3291

[January 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502010CP005000XXXXMB.

John K. Buckley, Delray Beach, for appellants.

Howard J. Wiener, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***